**IN THE UNITED STATES BANKRUPTCY COURT**
**FOR THE SOUTHERN DISTRICT OF ILLINOIS**

| | | |
|---|---|---|
| IN RE: | ) | In Proceedings |
|    Mark A Firestine | ) | Under Chapter 13 |
| | ) | |
| | ) | |
| | ) | Bk. No: 18-31756 |
|    Debtor(s) | ) | |

**NOTICE OF FILING OF POST-PETITION CLAIM**

**TO ALL PARTIES IN INTEREST:**

   **NOTICE IS HEREBY GIVEN** that the Trustee received a <u>post-petition</u> proof of claim filed by ROUNDPOINT MORTGAGE SERVICING CORP filed on <u>July 03, 2019</u>, (Court Claim No. 10). As this claim is not addressed in the Debtor(s)' Plan, the Trustee shall not pay this claim nor shall he reserve any monies for the payment of the same until the Debtor(s) file an Amended Plan to address the same.

   Accordingly, the Debtor(s) are hereby given notice that they must take the appropriate action(s) to cure this deficiency and address the instant claim. Failure to do so may result in this claim not being discharged.

   Respectfully submitted on this day, Tuesday, July 16, 2019.

                                                      **/s/Russell C. Simon**
                                                    RUSSELL C. SIMON
                                                    Chapter 13 Trustee
                                                    24 Bronze Pointe
                                                    Swansea, IL  62226
                                                    Telephone: (618) 277-0086
                                                    Telecopier: (618) 234-0124

MB

**Certificate of Service**

    I hereby certify that a true and correct copy of the above and foregoing Notice of Filing of Post-Petition Claim was served on the parties listed below by ordinary U.S. Mail (with the correct postage prepaid and deposited in the U.S. Mail in Belleville, IL) or served electronically through the Court's ECF System at the email address registered with the Court on this day, Tuesday, July 16, 2019.

                                              /s/ Mindy

Mark A Firestine
951 Meadowview Lane
Columbia, IL  62236

DOUGLAS M HEAGLER
901 BOONES LICK STE 100
ST CHARLES, MO 63301

ROUNDPOINT MORTGAGE SERVICING CORP
P. O. BOX 19409
CHARLOTTE, NC  28219

CODILIS & ASSOCIATES PC
15W030 N FRONTAGE RD STE 100
BURR RIDGE, IL  60527

ROUNDPOINT MORTGAGE SERVICING CORP
5016 PARKWAY PLAZA
BLDGS 6 & 8
CHARLOTTE, NC  28217